Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/8/07*

| | |
|---|---|
| ALI MAZOUCHI, individually, | Case No.: C 06-7915 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES; and [] ORDER** |
| DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | Hearing Date: TBA |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Defendants filed their Motion to Dismiss on March 19, 2007, and Plaintiff's response is presently due on May 4, 2007. The hearing is currently scheduled for May 25, 2007.

2. Pursuant to this Court's December 27, 2006 Order Setting Initial Case Management

Stipulation for Extension of Time
C 06-7915 RMW                              1

Conference, the parties are required to file a joint case management statement on March 30, 2007, and attend a case management conference on April 6, 2007.

3. In order to allow sufficient time for the Plaintiff to consider an alternative resolution to this case and/or file an opposition paper and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day for Plaintiff to file an opposition to Defendant's Motion to dismiss: June 4, 2007

    Last day to file/serve Joint Case Management Statement: July 27, 2007.

    Date of Initial Case Management Conference: August 3, 2007 at 10:30 a.m.

    Motion hearing date:  June 29, 2007 at 9:00 a.m.

Dated: March 27, 2007SCOTT N. SCHOOLS
United States Attorney

 /s/ EDWARD A. OLSEN (with permission)
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

 /s/ DANIEL T. HUANG
Dated: March 27, 2007DANIEL T. HUANG
Attorney for Plaintiff

## ORDER []

Pursuant to stipulation, IT IS SO ORDERED.

Date:

5/8/07RONALD M. WHYTE
United States District Judge

*Ronald M. Whyte*