SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/2/07*

| | |
|---|---|
| ALI MAZOUCHI, | ) No. C 06-7915-RMW |
| Plaintiff, | ) |
| | ) **STIPULATION TO VACATE CASE** |
| v. | ) **MANAGEMENT CONFERENCE** |
| | ) *AND ORDER* |
| DAVID STILL, et al., | ) Date: August 3, 2007 |
| | ) Time: 10:30 a.m. |
| Defendants. | ) |

The plaintiff, by and through his attorney of record, and the defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the case management conference, currently scheduled for August 3, 2007, at 10:30 a.m., in light of the following:

(1)  The plaintiff is a native and citizen of Iran who filed a Form I-485 application with the United States Citizenship and Immigration Services (USCIS) on April 16, 2003.

(2)  The plaintiff filed this action seeking to compel USCIS to adjudicate his I-485 application.

(3)  On July 13, 2007, this Court denied the government's motion to dismiss and scheduled a hearing on cross-motions for summary judgment on September 14, 2007, at 9:00 a.m.

(4)  The parties do not intend to take any discovery.

(5)  In light of the schedule set by this Court on cross-motions for summary judgment and the

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE
C06-7915-RMW                    1

fact that the parties do not see the need for a case management conference, the parties respectfully ask this Court to vacate the case management conference currently scheduled for August 3, 2007, in the interest of judicial economy.

Dated:  July 27, 2007                          Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney

                                                      /s/
                                               EDWARD A. OLSEN
                                               Assistant United States Attorney
                                               Attorneys for Defendants

Dated:  July 27, 2007                              /s/
                                               DANIEL HUANG
                                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   8/2/07

                                               *Ronald M. Whyte*
                                               RONALD M. WHYTE
                                               United States District Judge

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE
C06-7915-RMW                         2