1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION          ***E-FILED - 9/13/07***
12
   ALI MAZOUCHI,                    )
13                                  ) No. C 06-7915 RMW
              Plaintiff,            )
14                                  )
         v.                         )
15                                  )
   DAVID STILL, San Francisco District Director, )  **STIPULATION TO DISMISS; AND**
16 U.S. Citizenship and Immigration Services;    )  **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director of               )
17 United States Citizenship and Immigration     )
   Services;                                     )
18 MICHAEL CHERTOFF, Secretary of                )
   Department of Homeland Security;              )
19 ROBERT S. MUELLER, Director of                )
   Federal Bureau of Investigation,              )
20                                               )
              Defendants.                        )
21 _____)

22

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

25 the adjudication of Plaintiff's adjustment of status application (Form I-485).

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C06-7915 RMW                               1

| | | |
|---|---|---|
| 1 | Dated: August 23, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | Dated: August 22, 2007 | _____/s/_____<br>DANIEL HUANG |
| 8 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/13/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C06-7915 RMW                               2